UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE DICK LEWIS,

    Plaintiff,

v.                                                                              CASE No. 8:15-CV-490-T-23TGW

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____

## REPORT AND RECOMMENDATION

The plaintiff, acting pro se, filed this lawsuit on March 6, 2015, seeking review of a denial of a claim for Social Security benefits. The plaintiff filed a motion to proceed in forma pauperis (Doc. 2), and that request was granted on March 9, 2015 (Doc. 5).

This court issued a Related Case Order and Track One Notice on March 10, 2015 (Doc. 6), which required review and certification of compliance with Local Rule 1.04(d) by the plaintiff within 14 days. The plaintiff did not respond to that Order.

On July 23, 2015, an Order to Show Cause was entered (Doc. 7), which directed the plaintiff to respond within 14 days regarding plaintiff's failure to effect service on the defendant, and further warned the plaintiff that noncompliance may result in dismissal of the case. As of this date, there is no record in the court file to indicate that the plaintiff has responded to that Order.

Rule 4(m), Fed.R.Civ.P., provides that service of the summons and complaint must be made within 120 days after the filing of the complaint or the case is subject to dismissal. This case was filed more than **170** days ago, and service has not yet been accomplished in this case. Because the time allowed by Rule 4(m) has elapsed without service, it appears that dismissal is warranted for the plaintiff's failure to effect service, absent a showing of good cause for such failure. This report and recommendation shall serve as notice to the plaintiff of the proposed dismissal.

For these reasons, I recommend that this action be dismissed, unless the plaintiff, in response to this report and recommendation, shows good cause for his failure to effect timely service.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: AUGUST 25, 2015

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).