UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE DICK LEWIS,

    Plaintiff,

v.                                                                              CASE NO. 8:15-cv-490-T-23TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

The *pro se* plaintiff sued challenging the defendant's denial of Social Security benefits.  A July 23, 2015 order (Doc. 7) instructed the plaintiff that Rule 4(m), Federal Rules of Civil Procedure, requires "service of the summons and complaint . . . within 120 days after the filing of the complaint" and directs the plaintiff to "show cause why the complaint should not be dismissed for failure to effect service."  The plaintiff failed to respond.

An August 25, 2015 report (Doc. 8) recommends dismissing the complaint unless the plaintiff "shows good cause for [her] failure to effect timely service."  The report again explains Rule 4(m) and states that "[t]his case was filed more than **170** days ago."  (Doc. 8 at 2)  The plaintiff objects (Doc. 9) to the report stating, "I honestly am confused as to why my case is being dismissed.  I filed on 03/06/15 and

sent a copy of it to the Attorney General and the Office of Chief council with registered letters."

A review of the docket confirms that the plaintiff failed to comply with Rule 4, including by failing to "present a summons to the clerk." The plaintiff's objection (Doc. 9) is **OVERRULED**. The report and recommendation (Doc. 8) is **ADOPTED**, and the complaint (Doc. 1) is **DISMISSED**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on September 14, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE